■ MINYON M. WALLEN, Appellant, v AMERICAN TELEPHONE & TELEGRAPH COMPANY et al., Respondents. [601 NYS2d 796] — Order and judgment, Supreme Court, Bronx County (Alan J. Saks, J.), entered September 22, 1992 and October 27, 1992, respectively, unanimously affirmed for the reasons stated by Saks, J., without costs and disbursements. No opinion. Concur —Carro, J. P., Ellerin, Wallach, Ross and Rubin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND GIARDANO, Appellant. [601 NYS2d 797] —Judgment, Supreme Court, New York County (Carol Berkman, J.), rendered December 3, 1991, convicting defendant, after a jury trial, of criminal possession of a controlled substance in the seventh degree, and sentencing him to 3 years probation with the condition that he participate in a substance abuse program on an out-patient basis, unanimously affirmed.

Giving the hearing court's determination the weight to which it is entitled (see, People v Prochilo, 41 NY2d 759, 761), it cannot be said that the arresting officer's suppression hearing testimony was incredible as a matter of law because of some minor inconsistencies with his Grand Jury testimony (see, People v Di Girolamo, 108 AD2d 755), and we decline to substitute our judgment for that of the hearing court. (See, 195 AD2d 420 [decided herewith].) Concur—Rosenberger, J. P., Wallach, Ross, Kassal and Nardelli, JJ.